UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 8:18-cv-01835-JLS-KES             Date: September 25, 2019
Title: Mathew Rendon v. County of Orange et al.

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Terry Guerrero | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                       Not Present

**PROCEEDINGS:**     **(IN CHAMBERS) ORDER TO SHOW CAUSE RE: SERVICE ON DEPUTY DEFENDANTS**

       On June 12, 2019, Plaintiff filed his Second Amended Complaint, which names five Defendants. (SAC, Doc. 35.) Defendants County of Orange, Sandra Hutchens, and Don Barnes have appeared in this action and filed a Motion to Dismiss, which is pending before the Court. (*See* MTD, Doc. 42.) The remaining two Defendants, Deputy Franklin and Deputy I. Zumar (collectively, the "Deputy Defendants"), have not appeared and there is no indication on the docket that they have yet been served with appropriate process.[1]

       Federal Rule of Civil Procedure 4(m) provides:

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

       Accordingly, Plaintiff is ORDERED to show cause, in writing, no later than five (5) days from the date of this Order, why the claims against the Deputy Defendants should not be dismissed without prejudice.

---

[1] The Second Amended Complaint does not identify the Deputy Defendants by their full names.