# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATHEW RENDON, individually, | CASE NO. 8:18-cv-01835-JLS-KES |
| Plaintiff, | *Assigned to: Hon. Josephine L. Staton* |
| vs. | **JUDGMENT** |
| COUNTY OF ORANGE, a Governmental Entity; SANDRA HUTCHENS, Orange County Sheriff, Individually; DON BARNES. Orange County Sheriff, Individually; Deputy FRANKLIN, Individually; Deputy I. ZUMAR, Individually; and in their official capacity and DOES 1-20, | |
| Defendants. | |

**1**

# **JUDGMENT**

On January 3, 2020 Order the Court granted the Motion to Dismiss of Defendants County of Orange, Sheriff Don Barnes, and former Sheriff Sandra Hutchens ("the County Defendants"), dismissing all federal claims with prejudice. (*See* Doc. No. 71.) All remaining claims have been dismissed without prejudice.

The County Defendants may seek from Plaintiff Mathew Rendon costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920 and Local Rule 54.

DATED: April 07, 2020

**HON. JOSEPHINE L. STATON**
United States District Judge